## DANIEL SUTHERLAND, CURATOR TO THE VACANT SUCCESSION OF PATRICK ROBERTSON, DECEASED, *versus* JAMES LASSELLE, FRANCIS LASSELLE AND GEORGE McDOUGALL

JOURNAL ENTRIES (1815–16): *Journal 2:* (1) Appearance, motion for discharge from bail, rule to bring bodies *p. 446; (2) motion withdrawn, special bail *p. 453; (3) continued *p. 474; (4) declaration filed, rule to plead *p. 483; (5) debt remitted, judgment *p. 522.
PAPERS IN FILE: (1) Capias and return; (2) declaration.
*Office Docket*, MS p. 19, c. 37; p. 41, c. 51.

## UNITED STATES *versus* GEORGE WELCH

JOURNAL ENTRIES (1815): *Journal 2:* (1) Plea, jury trial, verdict, discharge *p. 446.
PAPERS IN FILE: (1) Indictment; (2) capias and return; (3) memo. of costs and fees.
*Office Docket*, MS p. 29, c. 68.

## ROBERT SMART *versus* ANTHONY BUTLER

JOURNAL ENTRIES (1815): *Journal 2:* (1) Discontinued *p. 447.
PAPERS IN FILE: (1) Capias and return.
*Office Docket*, MS p. 9, c. 7.